No. 76–5325. BROWDER *v.* DIRECTOR, DEPARTMENT OF CORRECTIONS OF ILLINOIS. C. A. 7th Cir. [Certiorari granted, 429 U. S. 1072.] Motion of Chicago Council of Lawyers for additional time to participate in oral argument as *amicus curiae* denied.

No. 76–5856. HOLLOWAY ET AL. *v.* ARKANSAS. Sup. Ct. Ark. Motion of Robert Alston Newcomb, Esquire, to permit Joseph H. Purvis, Esquire, to argue *pro hac vice* granted.

No. 76–1419. RATCLIFF *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS. Motion for leave to file petition for writ of mandamus denied.

No. 76–6710. JOHNSON *v.* WOOD, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of prohibition denied.

No. 76–1450. LANDMARK COMMUNICATIONS, INC. *v.* VIRGINIA. Appeal from Sup. Ct. Va. Probable jurisdiction noted.

No. 76–5729. OLIPHANT *v.* SUQUAMISH INDIAN TRIBE ET AL.; and BELGARDE *v.* SUQUAMISH INDIAN TRIBE ET AL. Certiorari (first case) and certiorari before judgment (second case) to C. A. 9th Cir. Motion of the Governor of the State of Washington for leave to file a brief as *amicus curiae* granted. Motion of respondents to strike brief filed by Kitsap County as *amicus curiae* denied. Motion of petitioners for leave to proceed *in forma pauperis* and certiorari granted.

No. 76–6528. BURKS *v.* UNITED STATES. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 75–1772. JONES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.